

CJ15 578
B Jones

IN THE DISTRICT COURT OF OKLAHOMA COUNTY

STATE OF OKLAHOMA

Dr. NABEEL UWAYDAH, )
    Plaintiff, )
v. ) No. CJ-2015-578
THE NORTHWESTERN MUTUAL LIFE )
INSURANCE COMPANY, )
    Defendant. )

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
JAN 29 2015
TIM RHODES
COURT CLERK
37____

## PETITION

Plaintiff, for cause of action against Defendant, states:

(1) Dr. Nabeel Uwaydah, bought a disability insurance policy from Defendant and paid premiums. He subsequently became disabled.

(2) Defendant has refused to pay the disability benefits. Defendant has failed to deal fairly and in good faith with the Plaintiff by failing to pay the claim. As a result, Plaintiff has suffered emotional distress and been deprived of the use of the money.

WHEREFORE, Plaintiff prays judgment for $84,148.00 on the contract claims, and on the tort claims, an amount in excess of the amount required for diversity jurisdiction pursuant to 28 U.S.C. §. 1332. Plaintiff also seeks interest at 15%, costs, attorney fees and all other appropriate relief.

                                                                       _/s/ Rex Travis_
                                                          REX TRAVIS, OBA #9081
                                                          PAUL KOURI, OBA # 20751
                                                          P.O. Box 1336
                                                          Oklahoma City, OK 73101-1336
                                                          Telephone: (405) 236-5400
                                                          Facsimile: (405) 236-5499
                                                          E-mail: RexTravis@TravisLawOffice.com
                                                          E-mail: PaulKouri@TravisLawOffice.com
                                                          Attorneys for Plaintiff

**Attorney Lien Claimed**