IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) **DR. NABEEL UWAYDAH**,<br>       Plaintiff,<br>v.<br>(1) **THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY**,<br>       Defendant. | Case No. 15-CV-175-HE |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff, Dr. Nabeel Uwaydah and Defendant, The Northwestern Mutual Life Insurance Company, jointly stipulate to the dismissal of this action with prejudice to future filing. Each party will bear their own costs and attorney's fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of Plaintiff against named Defendant be dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Rex Travis | /s/John D. Russell |
| Rex Travis, OBA # 9081 | John D. Russell, OBA # 13343 |
| Paul Kouri, OBA # 20751 | Barbara M. Moschovidis, OBA # 31161 |
| Travis Law Office | GABLE GOTWALS |
| P.O. Box 1336 | 1100 ONEOK Plaza |
| Oklahoma City, Oklahoma 73101-1336 | 100 West Fifth Street |
| Telephone:  (405) 236-5400 | Tulsa, OK 74103-4217 |
| Facsimile:   (405) 236-5499 | Telephone:  (918)595-4800 |
| RexTravis@TravisLawOffice.com | Facsimile:  (918)595-4990 |
| PaulKouri@TravisLawOffice.com | jrussell@gablegotwals.com |
| | bmoschovidis@gablegotwals.com |